**David Lawrence DIXON,**
**Plaintiff–Appellant,**

v.

**Darren R. FRANCIS, individually and in his official capacity as a law enforce-ment official of the West Virginia State Police Crime Laboratory; Thomas Kirk, individually and in his official capacity as the West Virginia State Police Superintendent; Kenneth W. Blake, individually and in his offi-**

cial capacity as Director of the State Police Criminal Identification Bureau; Ted Smith, individually and in his official capacity as the Serology Division Supervisor; Brian K. Cochran, individually and in his official capacity as a law enforcement official of the West Virginia State Police; West Virginia Department of Public Safety; Continental Casualty Company; West Virginia Board of Risk Management, Defendants–Appellees.

No. 02–6345.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

David Lawrence Dixon, Appellant Pro Se. Charles Patrick Houdyschell, West Virginia Department of Corrections, Charleston, West Virginia, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Lawrence Dixon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dixon v. Francis*, No. CA–00–939–5 (S.D.W.Va. Feb. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*